In the Matter of the Accounting of CATHRYNE CORNELL, as Administratrix of the Estate of EMANUEL G. VAL-VERDE, Deceased, Appellant.

WILLIAM J. COLKER et al., Respondents.

(Argued February 25, 1935; decided March 12, 1935.)

*Thomas A. McDonald* and *James A. Gill* for appellant.
*Philip Cooper* for William J. Colker, respondent.

Order affirmed, with costs payable out of the fund, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. CROUCH, J., dissents on the ground that the burden of proof rested upon the objecting creditor and that he has failed to sustain it either under the language of the policy or under the language of the application.